IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Shirley  M | Case Number: 07 B 12676 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 2/19/08 | Filed: 7/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,965.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 9,965.00 |
| Totals: | 9,965.00 | 9,965.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 2. | Credit Union One | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | Beneficial Finance Corporation | Secured | 0.00 | 0.00 |
| 6. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 7. | Credit Union One | Secured | 0.00 | 0.00 |
| 8. | Internal Revenue Service | Secured | 78,240.00 | 0.00 |
| 9. | Internal Revenue Service | Priority | 78,546.50 | 0.00 |
| 10. | CitiFinancial | Unsecured | 4,218.30 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 12. | Federated Retail Holdings Inc | Unsecured | 317.26 | 0.00 |
| 13. | Wells Fargo Financial | Unsecured | 0.00 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 1,452.55 | 0.00 |
| 15. | Sprint Nextel | Unsecured | | No Claim Filed |
| 16. | U S Service Center | Unsecured | | No Claim Filed |
| 17. | American Finance | Unsecured | | No Claim Filed |
| | | | $ 162,774.61 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Shirley  M | Case Number:  07 B 12676 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/19/08 | Filed:  7/17/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

